UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JAMES COOPER,<br><br>　　　　　　Defendant. | CASE NO. CR17-277-JCC<br><br>DETENTION ORDER |

Offense charged:　　Three Count Indictment: Possession with Intent to Distribute Methamphetamine – §§21:841(a)(1) and 841(b)(a)(A)(1); Possession with Intent to Distribute Heroin - §§21:841(a)(1) and 841(b)(1)(B); Possession with Intent to Distribute Heroin §§21:841(a)(1) and 841(b)(1)(C)

Date of Detention Hearing:　　November 22, 2017

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The return of an Indictment on these charges creates a rebuttable presumption of detention.

2. Nothing presented by defendant is sufficient to rebut or outweigh that presumption.

3. Defendant has a lengthy criminal record.

4. He has failed to appear for court hearings a number of times in those cases, resulting in bench warrants.

5. He has had substance abuse problems for at least ten years. He has been arrested three times in 2017 while in possession of methamphetamine or heroin.

6. He has a tattoo which indicates he is a threat to officer safety.

7. Release to his mother, as a third party custodian, would not reasonably assure he would make his his further appearances or the safety of other persons and the community.

IT IS THEREFORE ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for privat consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 22nd day of November, 2017.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE - 3