THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0277-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL JAMES COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted the parties' motion to continue the trial date from January 16, 2018 to May 8, 2018. (Dkt. No. 17.) On its own motion, the Court now reschedules the trial date to Monday, May 7, 2018 at 10:00 am. This change is needed to facilitate the Court's calendar. The deadline for pretrial motions remains set as April 4, 2018.

DATED this 19th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0277-JCC
PAGE - 1