THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0277-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the pretrial motions deadline (Dkt. No. 22). Finding good cause, the Court GRANTS the motion (Dkt. No. 22). Defendant may file a motion to suppress regarding count 3 of the indictment no later than May 1, 2018.

DATED this 6th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0277-JCC
PAGE - 1