THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0277-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion for extension of time to respond (Dkt. No. 25) to Defendant's motions to suppress (Dkt. Nos. 21 and 24.) Finding good cause, the Court GRANTS the motion (Dkt. No. 25). The Government must file its responses to Defendant's motions to suppress no later than April 20, 2018. Defendant must file his replies no later than April 27, 2018. The Clerk is DIRECTED to re-note Defendant's motions to suppress (Dkt. Nos. 21 and 24) to April 27, 2018.

DATED this 10th day of April 2018.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk