THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0277-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to file an over-length brief (Dkt. No. 29). Finding good cause, the Court GRANTS the motion (Dkt. No. 29). The Government may file a consolidated response to Defendant's motions to suppress (Dkt. Nos. 21, 24) that does not exceed 24 pages.

DATED this 20th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR17-0277-JCC
PAGE - 1