THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0277-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICHAEL COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 14, 2018, Defendant Michael Cooper participated in a change of plea hearing before the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 43.) Cooper pled guilty to count 1 of the indictment, and in exchange, the Government agreed to dismiss counts 2 and 3 at sentencing. (*Id*.)

Based on Cooper's change of plea, the Court DIRECTS the Clerk to:

1. Strike the evidentiary hearing currently scheduled for May 21, 2018.

2. Strike the jury trial currently scheduled for August 6, 2018.

3. Terminate Defendant's amended motion to suppress (Dkt. No. 24) and motion to suppress count 3 (Dkt. No. 38).

//

DATED this 14th day of May 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk